### THE STATE v. DUMOND.

1. **Criminal Law:** PRACTICE. Where the transcript discloses no error and the verdict appears well supported by the evidence, the judgment below will be affirmed.

*Appeal from Butler District Court.*

MONDAY, DECEMBER 12.

THE defendant was indicted, tried and convicted of the crime of larceny, and he appeals.

No appearance for appellant.

*Smith McPherson, Attorney-general,* for the State.

ROTHROCK, J.—The trial was had in the court below in the month of May, 1880. An appeal was taken to the October term, 1880, of this court at Dubuque. The cause passed that term and also the April term, 1881. At the October term, 1881, the defendant having failed to file an abstract or argument, upon motion of the Attorney-general the cause was submitted upon the transcript.

*1. CRIMINAL law: practice.*

We have carefully examined the transcript, which appears to be full and complete, and find no error in the rulings of the court upon the evidence, nor in the instructions given by the court to the jury. The verdict appears to us to be well supported by the evidence.

AFFIRMED.